# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 20-CR-_____ |
| v. | : | DATE FILED: _____ |
| KURT ZITZLER, JR. | : | VIOLATIONS:<br>18 U.S.C. § 922(o) (unlawful possession and transfer of a machinegun) (2 counts)<br>26 U.S.C § 5861(e) (unlawful transfer of a firearm) (2 counts)<br>Notice of forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about October 6, 2019, in Oaks, Pennsylvania, in the Eastern District of Pennsylvania, defendant

**KURT ZITZLER, JR.**

knowingly possessed and transferred a machinegun, as defined by Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that is, six machinegun conversion devices designed and intended for use in converting a semiautomatic Glock pistol to fire automatically.

In violation of Title 18, United States Code, Section 922(o).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 6, 2019, in Oaks, Pennsylvania, in the Eastern District of Pennsylvania, defendant

**KURT ZITZLER, JR.**

knowingly and unlawfully transferred a firearm, as defined by Title 26, United States Code, Section 5845(a), that is, six machinegun conversion devices designed and intended for use in converting a semiautomatic Glock pistol to fire automatically.

In violation of Title 26, United States Code, Sections 5861(e) and 5871.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 20, 2019, in Oaks, Pennsylvania, in the Eastern District of Pennsylvania, defendant

**KURT ZITZLER, JR.**

knowingly possessed and transferred a machinegun, as defined by Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that is, four machinegun conversion devices designed and intended for use in converting a semiautomatic Glock pistol to fire automatically.

In violation of Title 18, United States Code, Section 922(o).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 20, 2019, in Oaks, Pennsylvania, in the Eastern District of Pennsylvania, defendant

**KURT ZITZLER, JR.**

knowingly and unlawfully transferred a firearm, as defined by Title 26, United States Code, Section 5845(a), that is, four machinegun conversion devices designed and intended for use in converting a semiautomatic Glock pistol to fire automatically.

In violation of Title 26, United States Code, Sections 5861(e) and 5871.

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violations of Title 18, United States Code, Section 922(o) and Title 26, United States Code, Section 5861(e), set forth in this indictment, defendant

**KURT ZITZLER, JR.**

shall forfeit to the United States of America all firearms and ammunition involved in the commission of these offenses, including, but not limited to ten (10) machinegun conversion devices, each of which was designed and intended for use in converting a semiautomatic Glock pistol to fire automatically.

All pursuant to Title 28, United States Code, Section 2461(c), Title 18, United States Code, Section 924(d), and Title 26 United States Code, Section 5872.

A TRUE BILL:

_____
FOREPERSON

_____
WILLIAM M. MCSWAIN
UNITED STATES ATTORNEY